(V. D. 16)

AMERICAN THERMO-WARE COMPANY v. UNITED STATES

Entry Nos. 849443; 861816.

(Decided April 13, 1955)

*Walter Auster* for the plaintiff.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

WILSON, Judge: These matters are presently before me on a remand from a classification proceeding decided by the first division of this court in *American Thermo-Ware Company* v. *United States*, 33 Cust. Ct. 472, Abstract 58617. The judgment entered therein stated: "* * * that the matter be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matter has been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.

SCHEDULE "A"

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 233546–K/19701–53 | 849443 | 1 lot containing 100 pcs. 7 x 35 c. f. binoculars with cases | |
| | | Binoculars each | 14. 55 |
| | | Carrying cases each | 1. 25 |
| | | 1 lot containing 50 pcs. 7 x 35 i. f. binoculars with cases | |
| | | Binoculars each | 9. 75 |
| | | Carrying cases each | 1. 00 |
| | | 1 lot containing 50 pcs. 8 x 30 binoculars with cases | |
| | | Binoculars each | 8. 60 |
| | | Carrying cases each | 0. 85 |
| | | 1 lot containing 12 pcs. 16 x 50 binoculars with cases | |
| | | Binoculars each | 14. 50 |
| | | Carrying cases each | 1. 25 |
| | 861816 | 1 lot containing 150 pcs. 7 x 18 binoculars with cases | |
| | | Binoculars each | 6. 60 |
| | | Carrying cases each | 0. 50 |